IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA MOLINA,** *as Personal Representative*
*for the estate of Javier Molina,*

   Plaintiff,

v.            No. CIV-16-0163 GJF/LAM

**STATE OF NEW MEXICO, NEW MEXICO
CORRECTIONS DEPARTMENT, SOUTHERN
NEW MEXICO CORRECTIONAL FACILITY,
JAMES MULHERON, GREGG MARCANTEL,** and
**JOHN AND JANE DOES,**

   Defendants.

# ORDER SETTING CASE MANAGEMENT STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Case Management Status Conference |
| DATE AND TIME OF HEARING: | Thursday, July 14, 2016 at 2:00 p.m.<br>(Trailing Docket – 15 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor,<br>100 N. Church, Las Cruces, NM, before<br>U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

 **The Court shall initiate the call - if counsel will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers by 11:00 a.m. the day before the hearing.**  The Court's phones can only accommodate up to six telephone lines, including the Court's.  If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

 IT IS SO ORDERED.

                  _____
                  **LOURDES A. MARTÍNEZ**
                  **UNITED STATES MAGISTRATE JUDGE**