IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA MOLINA,**
**as Personal Representative**
**of the estate of JAVIER MOLINA,**

      **Plaintiff,**

**v.**                                      **No. CIV-16-0163 MCA/LAM**

**STATE OF NEW MEXICO, et al.,**

      **Defendants**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES AND SETTING CASE MANAGEMENT DEADLINES

At the Rule 16 scheduling conference held on September 8, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 19*], filed August 25, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**